**Electronically Filed
Supreme Court
SCWC-30034
21-DEC-2010
02:18 PM**

NO. SCWC-30034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee

vs.

SONNY KELEMETE, Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-0795)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on November 15, 2010 by Petitioner/Defendant-Appellant Sonny Kelemete is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 21, 2010.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Stuart N. Fujioka,
on the application
for petitioner/defendant-
appellant.

---

[1]  Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Browning, assigned due to a vacancy.